**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

COLTON BARRETT,

    Petitioner,

        v.

MICHAEL HARLOW,

    Respondent.

CIVIL ACTION NO. 3:CV-13-0653

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

**ORDER**

**NOW**, this 29th day of July, 2013, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 15) is **ADOPTED**.

(2)    The Petition under § 2254 for Writ of Habes Corpus by a Person in State Custody (Doc. 1) is **DISMISSED**.

(3)    A Certificate of Appealability **SHALL NOT ISSUE**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.


                 /s/ A. Richard Caputo
                 A. Richard Caputo
                 United States District Judge